# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | §  CIVIL ACTION NO. 3:22-CV-1148-S |
| | § |
| ISAIAS TORRES d/b/a TORRES ROOFING | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff United States' Motion for Default Judgment [ECF No. 10] is **GRANTED**.

**SO ORDERED**.

SIGNED March 3, 2023.

_____
UNITED STATES DISTRICT JUDGE