# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | § CIVIL ACTION NO. 3:22-CV-1148-S |
| | § |
| ISAIAS TORRES d/b/a TORRES ROOFING | § |
| | § |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the United States' Motion for Default Judgement for default judgment is **GRANTED** in the amount of $64,694.00 for unpaid debts as of April 13, 2022, post-judgment interest at the applicable federal rate from the date of judgment until paid in full, and reasonable court costs.

**SO ORDERED.**

SIGNED March 3, 2023.

_____
**UNITED STATES DISTRICT JUDGE**